**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

March 26, 2020

**BY ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York

    Re:    <u>David Arthur Buie v. United States</u>
           05 Cr. 664 (JPO), 15 Civ. 3945 (JPO)

Dear Judge Oetken,

      With the consent of the government, I write to request a one-week extension of Mr. Buie's deadline to file a reply in further support of his pending § 2255 motion. This reply is currently due March 30, 2020. This is our first request for an extension. Counsel needs additional time to prepare our reply as a result of some disruptions in work and other emergency matters that have come up as a result of the ongoing pandemic. I have conferred with AUSA Emily Deininger and I understand that the government does not object to this extension. Thank you for consideration of this request.

                              Respectfully submitted,

                              /s/ Sarah Baumgartel
                              Sarah Baumgartel, Esq.
                              Assistant Federal Defender
                              Tel.: (212) 417-8772

Granted.
So ordered.
 March 26, 2020

_____
J. PAUL OETKEN
United States District Judge