**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

October 22, 2020

**BY ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:  *United States v. David Arthur Buie*
         05 Cr. 664 (JPO)

Dear Judge Oetken,

    I am writing to request an extension of time until November 17 to file supplemental papers, which are currently due on October 27, 2020. AUSA Emily Deininger has no objection to this request. This is the first request for an extension. A previous request to adjourn argument on the matter was granted. The reason for this request is that the parties are engaged in discussions regarding a possible negotiated resolution of the matter.

    I, therefore, respectfully request that the Court set a new schedule for supplemental briefing with the defense papers due on November 17, the government's response due on December 1, and the defense reply, if any, due on December 9.

Granted.
So ordered.
  October 22, 2020

Respectfully submitted,

/s/ Allegra Glashausser
Assistant Federal Defender
Tel: (646) 842-2353

_____
J. PAUL OETKEN
United States District Judge

1